| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>NOEL, FRANKLIN L. | 2. Court or Organization<br><br>U. S. DISTRICT COURT | 3. Date of Report<br><br>07/23/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. MAGISTRATE JUDGE (FULL) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>9W UNITED STATES COURTHOUSE<br>300 SOUTH 4TH STREET<br>MINNEAPOLIS, MINNESOTA 55415 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Adjunct Professor | University of Minnesota Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1-4/11 | University of Minnesota Law School; wages | $4,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/2011 | Marketing Minds, salary; supplemental distribution |
| 2. 1-12/2011 | General Mills, Inc. Pension Benefits |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 07/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Brokerage Account #1 | | | | | | | | | |
| 2. - - Apple, Inc (AAPL) | | None | J | T | | | | | |
| 3. - -CNA Financial Group (CNA) | A | Dividend | J | T | | | | | |
| 4. - -Cost Plus, Inc (CPWM) | | None | J | T | | | | | |
| 5. - -E.I. dePont de Nemours (DD) | A | Dividend | J | T | | | | | |
| 6. - -Fresh DelMonte Produce (FDP) | A | Dividend | J | T | | | | | |
| 7. - -Flextronics International, Ltd. (FLEX) | | None | J | T | | | | | |
| 8. - -Gannett Co., Inc. (GCI) | A | Dividend | J | T | | | | | |
| 9. - -General Electric Co. (GE) | A | Dividend | J | T | | | | | |
| 10. - -Goldcorp Inc. (GG) | A | Dividend | J | T | | | | | |
| 11. - -Home Depot, Inc. (HD) | A | Dividend | J | T | | | | | |
| 12. - -Handleman, Co. (HDLM) | | None | J | T | | | | | |
| 13. - -Humana, Inc. (HUM) | A | Dividend | J | T | | | | | |
| 14. - -Imation Corp. (IMN) | | None | J | T | | | | | |
| 15. - -ION Geophysical Corp. (IO) | | None | J | T | | | | | |
| 16. - -Japan Smaller Cap Fund (JOF) | A | Dividend | J | T | | | | | |
| 17. - -Southwest Airlines (LUV) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 07/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Newmont Mining Corp. (NEM) | A | Dividend | J | T | | | | | |
| 19. --Newport Corporation (NEWP) | | None | J | T | | | | | |
| 20. --Newell Rubbermaid, Inc. (NWL) | A | Dividend | J | T | | | | | |
| 21. --Planar Systems, Inc. (PLNR) | | None | J | T | | | | | |
| 22. --Regis Corporation (RGS) | A | Dividend | J | T | | | | | |
| 23. --Shaw Group, Inc. (SHAW) | | None | J | T | | | | | |
| 24. --Sony Corporation (ADR) (SNE) | A | Dividend | J | T | | | | | |
| 25. --Sunrise Senior Living, Inc. (SRZ) | | None | J | T | | | | | |
| 26. --Steris Corporation (STE) | A | Dividend | J | T | | | | | |
| 27. --Superior Industries Int'l, Inc. (SUP) | A | Dividend | J | T | | | | | |
| 28. --Tecumseh Products Company (TECUA) | | None | J | T | | | | | |
| 29. --Talbots, Inc. (TLB) | | None | J | T | | | | | |
| 30. --Todd Shipyards Corporation (TOD) | | None | | | Sold | 03/17/11 | J | B | |
| 31. --U.S. Bancorp (USB) | A | Dividend | J | T | | | | | |
| 32. --Wausau Paper Corp. (WPP) | A | Dividend | J | T | | | | | |
| 33. --YRC Worldwide, Inc. (YRCW) | | None | | | Sold | 12/05/11 | J | A | |
| 34. --Zygo Corporation (ZIGO) | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 07/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Wells Fargo Money Market FD | A | Interest | K | T | | | | | |
| 36. Wells Fargo Brokerage Account #2 | | | | | | | | | |
| 37. --BMW Bank of NA CD | A | Interest | | | Redeemed | 02/25/11 | K | A | |
| 38. --Discover Bank CD | A | Interest | | | Redeemed | 02/28/11 | K | A | |
| 39. --SallieMae Bank CD due 2/25/11 | A | Interest | | | Redeemed | 02/25/11 | K | A | |
| 40. --Amerisource Bergen Corp. (ABC) | A | Dividend | K | T | | | | | |
| 41. --ACE Limited (ACE) | A | Dividend | J | T | | | | | |
| 42. --Aviat Networks, Inc. (AVNW) | | None | J | T | | | | | |
| 43. --Baxter International, Inc. (BAX) | A | Dividend | J | T | | | | | |
| 44. --ConAgra Foods, Inc. (CAG) | A | Dividend | J | T | | | | | |
| 45. --Center Point Energy, Inc. (CNP) | A | Dividend | K | T | | | | | |
| 46. --CONSOL Energy, Inc. (CNX) | A | Dividend | K | T | | | | | |
| 47. --CONOCOPhillips (COP) | B | Dividend | K | T | | | | | |
| 48. --Dean Foods Company (DF) | | None | J | T | | | | | |
| 49. --Devon Energy Corporation (DVN) | A | Dividend | K | T | | | | | |
| 50. --Embraer, SA (ADR) (ERJ) | A | Dividend | J | T | | | | | |
| 51. -- Ford Motor Corp. CAPTRII Conv; PFD | A | Interest | | | Redeemed | 03/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 07/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - -Harris Corporation (HRS) | A | Dividend | K | T | | | | | |
| 53. - -Lorillard, Inc. (LO) | B | Dividend | K | T | | | | | |
| 54. - -Mueller Industries, Inc. (MLI) | A | Dividend | J | T | | | | | |
| 55. - -Nokia Corporation (ADR) (NOK) | A | Dividend | J | T | | | | | |
| 56. - -Stanley Black & Decker, Inc. (SWK) | A | Dividend | J | T | | | | | |
| 57. - -Wells Fargo accounts WF money market FD | A | Interest | N | T | | | | | |
| 58. Wells Fargo IRA Account #1 | | | | | | | | | |
| 59. - -American Exp. Centurian Bank CD | B | Interest | | | Redeemed | 02/22/11 | L | A | |
| 60. - -AOL, Inc. (AOL) | | None | J | T | | | | | |
| 61. - -Citigroup, Inc. (C) | A | Dividend | J | T | | | | | |
| 62. - -Cisco Systems, Inc. (CSCO) | A | Dividend | J | T | | | | | |
| 63. - -Diageo, plc (ADR) (DEO) | A | Dividend | K | T | | | | | |
| 64. - -Dodge & Cox Int'l Stock Fund (DODFX) | B | Dividend | K | T | | | | | |
| 65. --Wells Fargo Adv. (formerly Evergreen) Int'l Eq Fund WFEAX | A | Dividend | J | T | | | | | |
| 66. - -International Business Machine Corp. (IBM) | A | Dividend | K | T | | | | | |
| 67. - -Intel Corporation (INTC) | A | Dividend | K | T | | | | | |
| 68. - -Nu Skin Enterprises, Inc. (NUS) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 07/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --New York Community Bancorp, Inc. (NYB) | B | Dividend | J | T | | | | | |
| 70. --Mutual Quest Fund Class A (TEQIX) | | None | K | T | | | | | |
| 71. --Time Warner Cable, Inc. (TWC) | A | Dividend | J | T | | | | | |
| 72. --Time Warner, Inc. (TWX) | A | Dividend | J | T | | | | | |
| 73. --cash | A | Interest | N | T | | | | | |
| 74. Wells Fargo IRA Account #2 | | | | | | | | | |
| 75. --Capmark Bank CD | A | Interest | | | Redeemed | 04/01/11 | L | A | |
| 76. --Goldman Sachs Bank CD | A | Interest | | | Redeemed | 04/01/11 | L | A | |
| 77. --Becton, Dickinson and Co. (BDX) | A | Dividend | K | T | | | | | |
| 78. --ConocoPhillips (COP) | A | Dividend | K | T | | | | | |
| 79. --Mutual Quest Fund Z (MQIFX) | | None | L | T | | | | | |
| 80. --Novartis, AG (ADR) (NVS) | B | Dividend | K | T | | | | | |
| 81. --Proctor & Gamble Company (PG) | A | Dividend | J | T | | | | | |
| 82. --The Travelers Companies, Inc. (TRV) | A | Dividend | K | T | | | | | |
| 83. --cash | A | Interest | N | T | | | | | |
| 84. Wells Fargo IRA Account #3 | | | | | | | | | |
| 85. --Goldman Sachs Bank CD | A | Interest | | | Redeemed | 04/01/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 07/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - -AOL, Inc. (AOL) | | None | J | T | | | | | |
| 87. --SPDR ETF fka Diamond Trust Series Mutual Fund (DIA) | B | Dividend | K | T | | | | | |
| 88. - - S&P 500 Dep. Recp't Unit Ser 1 (SPY) | A | Dividend | K | T | | | | | |
| 89. - -Time Warner (Cable) (TWC) | A | Dividend | J | T | | | | | |
| 90. - -Time Warner (TWX) | A | Dividend | J | T | | | | | |
| 91. - -cash | A | Interest | K | T | | | | | |
| 92. Wells Fargo Bank Cash Accounts | C | Interest | O | T | | | | | |
| 93. Schwab Brokerage Account #1 | | | | | | | | | |
| 94. - -BP Plc (ADR) (BP) | B | Dividend | K | T | | | | | |
| 95. - -Chesapeake Corp. (CSKEQ) | | None | | | Closed | 05/09/11 | J | | Bankruptcy |
| 96. - -DaimlerChrysler (CX formerly DDAIF) | A | Dividend | J | T | | | | | |
| 97. - -Darden Restaurants, Inc. (DRI) | A | Dividend | J | T | | | | | |
| 98. - -Dow Chemical Company (DOW) | A | Dividend | K | T | | | | | |
| 99. - -El Paso Corporation (EP) | A | Dividend | J | T | | | | | |
| 100. - -Energen Corporation (EGN) | A | Dividend | J | T | | | | | |
| 101. - -Exxon Mobil Corporation (XOM) | A | Dividend | K | T | | | | | |
| 102. - -Frontier Communications Corp. (FTR) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 07/23/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   - -General Electric Company (GE) | A | Dividend | K | T | | | | | |
| 104.   - -General Mills, Inc. (GIS) | B | Dividend | K | T | | | | | |
| 105.   - -Honeywell International, Inc. (HON) | B | Dividend | L | T | | | | | |
| 106.   - -Iberdrola SA (IBDRY) | A | Dividend | J | T | | | | | |
| 107.   - -IDEARC (IDARQ) (Y) | | | | | | | | | see Note C in Part VIII |
| 108.   - -JM Smucker Company (SJM) | A | Dividend | J | T | | | | | |
| 109.   - -Johnson & Johnson (JNJ) | B | Dividend | K | T | | | | | |
| 110.   - -Kellogg Company (K) | B | Dividend | K | T | | | | | |
| 111.   - -KeyCorp. (KEY) | A | Dividend | J | T | | | | | |
| 112.   - -MBIA, Inc. (MBI) | | None | J | T | | | | | |
| 113.   - -Norfolk Southern Corporation (NSC) | A | Dividend | K | T | | | | | |
| 114.   - -Piper Jaffray Companies (PJC) | | None | J | T | | | | | |
| 115.   - -Power Shares QQQ trust, Ser. 1 (QQQ) | A | Dividend | J | T | | | | | |
| 116.   - -Proctor & Gamle Company (PG) | A | Dividend | K | T | | | | | |
| 117.   - -SPDR S&P 500 (ETF) (SPY) | A | Dividend | J | T | | | | | |
| 118.   --SPDR ETF fka Diamond Trust Series Mutual Fund (DIA) | A | Dividend | J | T | | | | | |
| 119.   - -SuperValu, Inc. (SVU) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 07/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - -Surmodics, Inc. (SRDX) | | None | J | T | | | | | |
| 121.  - -Target Corporation (TGT) | A | Dividend | K | T | | | | | |
| 122.  - -Textron, Inc. (TXT) | A | Dividend | J | T | | | | | |
| 123.  - -US Bancorp (USB) | A | Dividend | K | T | | | | | |
| 124.  - -Verizon Communications, Inc. (VZ) | A | Dividend | J | T | | | | | |
| 125.  - -Washington Real Estate Investment T (WRE) | A | Dividend | J | T | | | | | |
| 126.  - -Pimco High Yield Institutional sharles (PHIYX) | C | Dividend | K | T | | | | | |
| 127.  - -Schwab S&P 500 Index Fund (SWPPX) | A | Dividend | J | T | | | | | |
| 128.  - -US Treasury due 8/15/23 | A | Interest | J | T | | | | | |
| 129.  - -Schwab cash reserves (SWSXX) (X) | A | Interest | M | T | | | | | |
| 130.  SCHWAB 401(k) account | | | | | | | | | |
| 131.  - -Becton Dickinson (BDX) | A | Dividend | K | T | | | | | |
| 132.  - -International Business Machines (IBM) | A | Dividend | K | T | | | | | |
| 133.  - -New York Community Bancorp, Inc. (NYB) | A | Dividend | J | T | Buy | 01/14/11 | J | | |
| 134.  - -NuSkin Enterprises (NUS) | A | Dividend | K | T | Buy | 08/04/11 | J | | |
| 135. | | | | | Buy | 08/08/11 | J | | |
| 136. | | | | | Buy | 10/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 07/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Charles Schwab Bank | A | Interest | K | T | | | | | |
| 138. Morgan Stanley Brokerage Account | | | | | | | | | |
| 139. --Citicorp Trust | A | Interest | | | Redeemed | 06/17/11 | J | A | |
| 140. --Citibank NA | A | Interest | M | T | | | | | |
| 141. --AT&T (T) | A | Dividend | J | T | | | | | |
| 142. --Alcatel Lucent (ALU) | | None | J | T | | | | | |
| 143. --Boeing (BA) | B | Dividend | K | T | | | | | |
| 144. --Comcast Corp. (CMCSA) | A | Dividend | J | T | | | | | |
| 145. --Constellation Energy (CEG) | A | Dividend | J | T | | | | | |
| 146. --Dow Chemical (DOW) | A | Dividend | J | T | | | | | |
| 147. --Edison International (EIX) | A | Dividend | J | T | | | | | |
| 148. --El Paso Corp. (EP) | A | Dividend | J | T | | | | | |
| 149. --Energen Corp. (EGN) | A | Dividend | K | T | | | | | |
| 150. --Fairpoint Communication (FRCMQ) | | None | | | Closed | 02/17/11 | J | A | |
| 151. --IBERDROLA (IBDRY) | A | Dividend | J | T | | | | | |
| 152. --IDEARC (IDARQ) (Y) | | | | | | | | | see Note C in Part VIII |
| 153. --LSI Corp. (LSI) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 07/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - -LASERCARD Corp. (LCRD) | | None | | | Sold | 02/24/11 | J | A | |
| 155. - -National Fuel Gas (NFG) | A | Dividend | J | T | | | | | |
| 156. - -PG&E (PCG) | A | Dividend | J | T | | | | | |
| 157. - -PNC Financial Services (PNC) | A | Dividend | J | T | | | | | |
| 158. - -Praxair, Inc. (PX) | A | Dividend | J | T | | | | | |
| 159. - -Pride Int'l, Inc. (PDE) | | None | | | Sold | 05/31/11 | K | D | |
| 160. --CenturyLink (CTL) surv. co. of Qwest(former Qwest Comm.(Q | A | Dividend | J | T | | | | | |
| 161. - -Contra Seahawk (formerly Seahawk Drilling) | | None | J | T | | | | | |
| 162. - -Sempra Energy (SRE) | A | Dividend | K | T | | | | | |
| 163. - -Tronox (TRXBQ) | | None | | | Sold | 02/14/11 | J | A | |
| 164. - -USEC, Inc. (USU) | | None | J | T | | | | | |
| 165. - -Verizon (VZ) | A | Dividend | J | T | | | | | |
| 166. - -Vodafone Group (VOD) | A | Dividend | J | T | | | | | |
| 167. - -Westar Energy, Inc. (WR) | A | Dividend | J | T | | | | | |
| 168. - -Bobson Capital Corp. (MCI)formerly Mass Mutual Corp Inv. | B | Dividend | J | T | | | | | |
| 169. - -Mutual Quest (MQIFX) | A | Dividend | J | T | | | | | |
| 170. - -Mutual Global Disc. (MDISX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 07/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. American Century Mutual Funds (Am. Century) | | | | | | | | | |
| 172. - -Growth (TWCGX) | A | Dividend | K | T | | | | | |
| 173. - -Ultra (TWCUX) | A | Dividend | K | T | | | | | |
| 174. - -Balanced (TWBIX) | A | Dividend | K | T | | | | | |
| 175. Federated Mutual Fund (Federated) | B | Distribution | L | T | | | | | |
| 176. Vanguard | | | | | | | | | |
| 177. - -Balanced Index Fund Investors Shares (VBINX)(X) | A | Dividend | J | T | | | | | |
| 178. - -Tax Exempt Money Market Fund (VMSXX) | A | Dividend | J | T | | | | | |
| 179. - -Odyssey Marine Expl. (OMEX) | | None | J | T | | | | | |
| 180. - -Prime Money Market Fund (VMMXX) | A | Dividend | N | T | | | | | |
| 181. - -Windsor Fund Investor Shares (VWNDX) | A | Dividend | K | T | | | | | |
| 182. Heartland Value Fund (HRTVX) | C | Distribution | L | T | | | | | |
| 183. BNY Mellon (BK) (X) | B | Dividend | K | T | | | | | |
| 184. General Mills 401(k) | | | | | | | | | |
| 185. - -General Mills (GIS) | | Dividend | K | T | | | | | |
| 186. - -F five | | None | L | T | | | | | |
| 187. - -Mutual Funds | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 07/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Aware Board Non-Qualified Fund Blue Cross Blue Shield | D | Dividend | N | T | | | | | |
| 189. Oklahoma Royalty Interest: Yazo County | A | Royalty | J | T | | | | | |
| 190. Oklahoma Royalty Interest: Marshall County | A | Royalty | J | T | | | | | |
| 191. Oklahoma Royalty Interest: Noble County | A | Royalty | J | T | | | | | |
| 192. Oklahoma Royalty Interest: Pottowatomic County | A | Royalty | J | T | | | | | |
| 193. Oklahoma Royalty Interest: Payne County | A | Royalty | J | T | | | | | |
| 194. Oklahoma Royalty Interest: Oklahoma County | A | Royalty | J | T | | | | | |
| 195. Oklahoma Royalty Interest: Caddo County | A | Royalty | J | T | | | | | |
| 196. Kansas Royalty Interest: Barton County | A | Royalty | J | T | | | | | |
| 197. US Savings Bonds | | None | J | T | | | | | |
| 198. Mutual Qualified (MQIFX) | A | Dividend | K | T | | | | | |
| 199. Mutual Discovery (MDISX) | A | Dividend | K | T | | | | | |
| 200. Vanguard Growth Index (VIGRX) | A | Dividend | J | T | | | | | |
| 201. Wells Fargo (UTMA) | | | | | | | | | |
| 202. - - ST Bond (SSTBX) (X) | A | Dividend | J | T | | | | | |
| 203. - - AT&T (T) | A | Dividend | J | T | | | | | |
| 204. - - Comcast (CMCSA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 07/23/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - - WFAdv. MM/cash (X) | A | Interest | J | T | | | | | |
| 206.  - - Fidelity Cash Reserves (FDRXX) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 07/23/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I have entirely reformated the order of the assets listed in Part VII of this year's Report. Over the past 20 + years, the number of assets that must be reported has grown to nearly 200. Most of the assets came ▮▮▮▮▮▮▮ through a series of inheritances from relatives who each had separate and some multiple investment accounts. As new assets were acquired, I would usually simply add them to the end of the list from the prior year's report, without regard to the account in which the asset was located. We have now consolidated all of the assets into a more manageable number of institutions which each provide regular statements in similar and more user friendly formats. I have reformated the order of the assets to correspond to the statements we now receive from the more limited number of institutions.

Further information:

A. Line ##1; 36; 58; 74; 84; 93; 130; 138; 171; 176; 184; 201 are headers only. Column A describes the accounts in which the assets that follow are located. No information is provided in any column for these line items.

B. Through error and oversight the following line items were not reported on last year's Report. I have designated each with an (X) to indicate that there is no transaction data associated with these line items in 2011: 129; 177; 183; 202; 205. Please let me know if further explanation is need as to any individual line item.

C. Lines 107; 152. The asset described on these lines became insolvent in 2010. I have designated each with a (Y) to indicate that there is no transaction associated with these line items in 2011, but they will not appear on future reports.

D. In last year's report I placed a (Y) next to the asset listed in line #74 of last year's Report. The explanation was contained in Part VIII, but mistakenly referred to Line 84, when the explanation in Part VIII should have referred to Line #74 of last year's Report.

E. Lines 124; 165. Verizon (VZ) stock is held in two separate accounts, as described in these two line items. On last year's Report, I mistakenly listed one of the two holdings twice, resulting in it being listed on last year's Report three times. The entry on Line 144 of last year's Report was listed in error.

F. Line #92. In accordance with the instructions at p. 37 of the Filing Instructions dated February 2012, I have aggregated several separate checking and savings acccounts at Wells Fargo Bank, which in last year's Report appeared on separate lines.

G. Lines 79; 169; 198. The mutual fund described on each of these lines (MQIFX) is held in three separate accounts in varying values. The asset described in this year's Report at line 169 and listed as having a value of "J" was mistakenly listed as having a value of "L" at line 82 of last year's Report. Line 82 of last year's Report should have listed the value of this asset as "J".

H. Below I have listed each line item from this year's Report, with a cross reference to where each asset can be found on last year's Report. Following that, I have listed all of the line items from my 2010 Report with a cross reference to where each asset can be found on the instant, (2011) Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRANKLIN L. NOEL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| Asset Description; Ticker Symbol | Line # on 2010 Report | | Line # on 2011 Report | |
|---|---|---|---|---|
| K | 1 | | 110 | |
| General Mills 401(k) | 2 | | 185-87 | |
| VMMXX | 3 | | 180 | |
| Bank Accts Wells Fargo | 4 | | 92 | |
| GIS | 5 | | 104 | |
| TWBIX | 6 | | 174 | |
| TWCGX | 7 | | 172 | |
| TWCUX | 8 | | 173 | |
| HRTVX | 9 | | 182 | |
| KAUFX | 10 | | 175 | |
| US Savings Bond | 11 | | 197 | |
| DRI | 12 | | 97 | |
| USB | 13 | | 123 | |
| SVU | 14 | | 119 | |
| CSK | 15 | | 95 | |
| DCX | 16 | | 96 | |
| DOW | 17 | | 98 | |
| XOM | 18 | | 101 | |
| GE | 19 | | 103 | |
| VZ | 20 | | 124 | |
| JNJ | 21 | | 109 | |
| MBI | 22 | | 112 | |
| NSC | 23 | | 113 | |
| PG | 24 | | 116 | |
| US Treasury Bond; 8/15/23 | 25 | | 128 | |
| WRE | 26 | | 125 | |
| Bank Accts Wells Fargo | 27 | | 92 | |
| MQIFX | 28 | | 198 | |
| MDISX | 29 | | 199 | |
| Bank Accts Wells Fargo | 30 | | 92 | |
| KEY | 31 | | 111 | |
| Royalty Interest; Yazoo | 32 | | 189 | |
| Royalty Interest; Marshall | 33 | | 190 | |
| Royalty Interest;Noble | 34 | | 191 | |
| Royalty Interest; Pottowatomie | 35 | | 192 | |
| Royalty Interest; Payne | 36 | | 193 | |
| Royalty Interest; Oklahoma | 37 | | 194 | |
| Royalty Interest; Caddo | 38 | | 195 | |
| EKZAX | 39 | | 65 | |
| Royalty Interest; Barton | 40 | | 196 | |
| DODGX | 41 | | 64 | |
| Blue Cross/Blue Shield non-qualified | 42 | | 188 | |

| | | | | |
|---|---|---|---|---|
| TGT | 43 | | 121 | |
| INTC | 44 | | 67 | |
| CSCO | 45 | | 62 | |
| TWX | 46 | | 72 | |
| Wells Fargo MM fund | 47 | | 35;57;73;83;91 | |
| T | 48 | | 141 | |
| VIGRX | 49 | | 200 | |
| SPY | 50 | | 88 | |
| SWPIX | 51 | | 127 | |
| QQQQ | 52 | | 115 | |
| FFIV | 53 | | 186 | |
| SRDX | 54 | | 120 | |
| CMCSA | 55 | | 144 | |
| SJM | 56 | | 108 | |
| DIA | 57 | | 118;87 | |
| PJC | 58 | | 114 | |
| BA | 59 | | 143 | |
| VWNFX | 60 | | 181 | |
| TRV | 61 | | 82 | |
| SRE | 62 | | 162 | |
| CEG | 63 | | 145 | |
| CMCSA | 64 | | 204 | |
| PX | 65 | | 158 | |
| EIX | 66 | | 147 | |
| DOW | 67 | | 146 | |
| VZ | 68 | | 165 | |
| T | 69 | | 203 | |
| PCG | 70 | | 156 | |
| EP | 71 | | 148 | |
| QQQQ | 72 | | 160 | |
| EGN | 73 | | 149 | |
| BZ | 74 | | -- | |
| MCI | 75 | | 168 | |
| PDE | 76 | | 159 | |
| NFG | 77 | | 155 | |
| USU | 78 | | 164 | |
| LCRD | 79 | | 154 | |
| WR | 80 | | 167 | |
| MDISX | 81 | | 170 | |
| MQIFX | 82 | | 169 | |
| NVS | 83 | | 80 | |
| IBDRY | 84 | | 106 | |
| IDARQ | 85 | | 107 | |
| LSI | 86 | | 153 | |
| PNC | 87 | | 157 | |
| TRXBQ | 88 | | 163 | |
| FRCMQ | 89 | | 150 | |

| | | | |
|---|---|---|---|
| AAPL | 90 | | 2 |
| NEM | 91 | | 18 |
| GG | 92 | | 10 |
| NWL | 93 | | 20 |
| SNE | 94 | | 24 |
| HD | 95 | | 11 |
| IMN | 96 | | 14 |
| PLNR | 97 | | 21 |
| MRK | 98 | ---- | |
| ADCT | 99 | ---- | |
| DD | 100 | | 5 |
| IO | 101 | | 15 |
| FDP | 102 | | 6 |
| GE | 103 | | 9 |
| HDLM | 104 | | 12 |
| RGS | 105 | | 22 |
| SHAW (NOT SGR) | 106 | | 23 |
| STE | 107 | | 26 |
| SUP | 108 | | 27 |
| TOD | 109 | | 30 |
| TECUA | 110 | | 28 |
| FLEX | 111 | | 7 |
| ZIGO | 112 | | 34 |
| WPP | 113 | | 32 |
| TLB | 114 | | 29 |
| CPWM | 115 | | 4 |
| PFE | 116 | ---- | |
| NEWP | 117 | | 19 |
| USB | 118 | | 31 |
| JOF | 119 | | 16 |
| CNA | 120 | | 3 |
| GCI | 121 | | 8 |
| HUM | 122 | | 13 |
| SRZ | 123 | | 25 |
| YRCW | 124 | | 33 |
| ACE | 125 | | 41 |
| ABC | 126 | | 40 |
| BAX | 127 | | 43 |
| SWK; BDK | 128 | | 56 |
| CNP | 129 | | 45 |
| CAG | 130 | | 44 |
| COP | 131 | | 47 |
| CNX | 132 | | 46 |
| DF | 133 | | 48 |
| DVN | 134 | | 49 |
| ERJ | 135 | | 50 |
| Ford  CAP TR II PFD | 136 | | 51 |

| | | | |
|---|---|---|---|
| HRS | 137 | | 52 |
| LO; LTR | 138 | | 53 |
| MLI | 139 | | 54 |
| NOK | 140 | | 55 |
| AVNW | 141 | | 42 |
| Mpls Bond due 12/10 | 142 | | -- |
| TXT | 143 | | 122 |
| VZ | 144 | | 124 |
| EP | 145 | | 148 |
| EGN | 146 | | 149 |
| HON | 147 | | 105 |
| IAR | 148 | | 107 |
| PHIYX | 149 | | 126 |
| BP | 150 | | 94 |
| FDRXX | 151 | | 206 |
| OMEX | 152 | | 179 |
| VMSXX | 153 | | 178 |
| Bank Accts Wells Fargo | 154 | | 92 |
| BDX | 155 | 77;131 | |
| COP | 156 | | 78 |
| Capmark Bank CD | 157 | | 75 |
| Goldman Sachs Bank CD | 158 | | 76 |
| Am Express Centurian Bank CD | 159 | | 59 |
| Charles Schwab Bank | 160 | | 137 |
| ALU | 161 | | 142 |
| VOD | 162 | | 166 |
| DEO | 163 | | 63 |
| NYB | 164 | | 69 |
| NUS | 165 | 68;134 | |
| LUV | 166 | | 17 |
| BMW Bank CD | 167 | | 37 |
| Sallie Mae Bank CD | 168 | | 39 |
| Discover Bank CD | 169 | | 38 |
| Goldman Sachs Bank CD | 170 | | 85 |
| AOL | 171 | 60;86 | |
| TWC | 172 | 71;89 | |
| Citcorp Trust Bank | 173 | | 139 |
| Citibank NA SD CD | 174 | | 140 |
| TEQIX | 175 | | 70 |
| PG | 176 | | 81 |
| MQIFX | 177 | | 79 |
| FTR | 178 | | 102 |
| HAWK | 179 | | 161 |
| IBM | 180 | | 66 |
| C | 181 | | 61 |

| Asset Description; Ticker Symbol | Line # on 2011 Report | | Line # on 2010 Report | |
|---|---|---|---|---|
| Header; Wells Fargo Brokerage Account # 1 | 1 | | HEADER | see note A in Part VIII |
| AAPL | 2 | | 90 | |
| CNA | 3 | | 120 | |
| CPWM | 4 | | 115 | |
| DD | 5 | | 100 | |
| FDP | 6 | | 102 | |
| FLEX | 7 | | 111 | |
| GCI | 8 | | 121 | |
| GE | 9 | | 103 | |
| GG | 10 | | 92 | |
| HD | 11 | | 95 | |
| HDLM | 12 | | 104 | |
| HUM | 13 | | 122 | |
| IMN | 14 | | 96 | |
| IO | 15 | | 101 | |
| JOF | 16 | | 119 | |
| LUV | 17 | | 166 | |
| NEM | 18 | | 91 | |
| NEWP | 19 | | 117 | |
| NWL | 20 | | 93 | |
| PLNR | 21 | | 97 | |
| RGS | 22 | | 105 | |
| SHAW | 23 | | 106 | |
| SNE | 24 | | 94 | |
| SRZ | 25 | | 123 | |
| STE | 26 | | 107 | |
| SUP | 27 | | 108 | |
| TECUA | 28 | | 110 | |
| TLB | 29 | | 114 | |
| TOD | 30 | | 109 | |
| USB | 31 | | 118 | |
| WPP | 32 | | 113 | |
| YRCW | 33 | | 124 | |
| ZIGO | 34 | | 112 | |
| Wells Fargo Money Market Fund | 35 | | 47 | |
| Header; Wells Fargo Brokerage Account | 36 | | HEADER | see note A in Part VIII |
| BMW BANK OF NA CD | 37 | | 167 | |
| DISCOVER BANK CD | 38 | | 169 | |
| SALLIEMAE BANK CD 2/25/11 | 39 | | 168 | |
| ABC | 40 | | 126 | |
| ACE | 41 | | 125 | |

| | | | | |
|---|---|---|---|---|
| AVNW | 42 | | 141 | |
| BAX | 43 | | 127 | |
| CAG | 44 | | 130 | |
| CNP | 45 | | 129 | |
| CNX | 46 | | 132 | |
| COP | 47 | | 156 | |
| DF | 48 | | 133 | |
| DVN | 49 | | 134 | |
| ERJ | 50 | | 135 | |
| Ford  CAP TR II PFD | 51 | | 136 | |
| HRS | 52 | | 137 | |
| LO | 53 | | 138 | |
| MLI | 54 | | 139 | |
| NOK | 55 | | 140 | |
| SWK | 56 | | 128 | |
| Wells Fargo Money Market Fund | 57 | | 47 | |
| Header Wells Fargo IRA Account # 1 | 58 | | HEADER | see note A in Part VIII |
| MERICAN EXPRESS CENTURIAN BANK CD | 59 | | 159 | |
| AOL | 60 | | 171 | |
| C | 61 | | 181 | |
| CSCO | 62 | | 45 | |
| DEO | 63 | | 163 | |
| DODGX | 64 | | 41 | |
| WFEAX | 65 | | 39 | |
| IBM | 66 | | 180 | |
| INTC | 67 | | 44 | |
| NUS | 68 | | 165 | |
| NYB | 69 | | 164 | |
| TEQIX | 70 | | 175 | |
| TWC | 71 | | 172 | |
| TWX | 72 | | 46 | |
| CASH | 73 | | 47 | |
| Header Wells Fargo IRA Account # 2 | 74 | | HEADER | see note A in Part VIII |
| CAPMARK Bank CD | 75 | | 157 | |
| Goldman Sachs Bank CD | 76 | | 158 | |
| BDX | 77 | | 155 | |
| COP | 78 | | 156 | |
| MQIFX | 79 | | 177 | |
| NVS | 80 | | 83 | |
| PG | 81 | | 176 | |
| TRV | 82 | | 61 | |
| CASH | 83 | | 47 | |
| Header Wells Fargo IRA Account # 3 | 84 | | HEADER | see note A in Part VIII |
| Goldman Sachs Bank CD | 85 | | 170 | |
| AOL | 86 | | 171 | |
| DIA | 87 | | 57 | |
| SPY | 88 | | 50 | |

| | | | | |
|---|---|---|---|---|
| TWC | 89 | | 172 | |
| TWX | 90 | | 46 | |
| CASH | 91 | | 47 | |
| WELLS FARGO BANK CASH ACCOUNTS | 92 | | 4;27;30;154 | see note F in Part VIII |
| Header Schwab Brokerage Acct # 1 | 93 | | HEADER | see note A in Part VIII |
| BP | 94 | | 150 | |
| CSKEQ | 95 | | 15 | |
| DDAIF | 96 | | 16 | |
| DRI | 97 | | 12 | |
| DOW | 98 | | 17 | |
| EP | 99 | | 71 | |
| EGN | 100 | | 73 | |
| XOM | 101 | | 18 | |
| FTR | 102 | | 178 | |
| GE | 103 | | 19 | |
| GIS | 104 | | 5 | |
| HON | 105 | | 147 | |
| IBDRY | 106 | | 84 | |
| IDARQ | 107 | | 85 | see note C in Part VIII |
| SJM | 108 | | 56 | |
| JNJ | 109 | | 21 | |
| K | 110 | | 1 | |
| KEY | 111 | | 31 | |
| MBI | 112 | | 22 | |
| NSC | 113 | | 23 | |
| PJC | 114 | | 58 | |
| QQQQ | 115 | | 72 | |
| PG | 116 | | 176 | |
| SPY | 117 | | 50 | |
| DIA | 118 | | 57 | |
| SVU | 119 | | 14 | |
| SRDX | 120 | | 54 | |
| TGT | 121 | | 43 | |
| TXT | 122 | | 143 | |
| USB | 123 | | 13 | |
| VZ | 124 | | 20; 144 | see note E in Part VIII |
| WRE | 125 | | 26 | |
| PHIYX | 126 | | 149 | |
| SWPPX | 127 | | 51 | |
| US Treasury note due 8/15/23 | 128 | | 25 | |
| CASH | 129 | | X | see note B in Part VIII |
| Header Schwab 401 (k) Account | 130 | | | |
| BDX | 131 | | 155 | |
| IBM | 132 | | 180 | |
| NYB | 133 | | 164 | |
| NUS | 134 | | 165 | |
| | 135 | | | |

| | | | | |
|---|---|---|---|---|
| | 136 | | | |
| Schwab Bank Account | 137 | | 160 | |
| Header Morgan Stanley Brokerage Accc | 138 | | HEADER | see note A in Part VIII |
| Citicorp Turst | 139 | | 173 | |
| Citi bank NA | 140 | | 174 | |
| T | 141 | | 48 | |
| ALU | 142 | | 161 | |
| BA | 143 | | 59 | |
| CMCSA | 144 | | 55 | |
| CEG | 145 | | 63 | |
| DOW | 146 | | 67 | |
| EIX | 147 | | 66 | |
| EP | 148 | | 71 | |
| EGN | 149 | | 73 | |
| FRCMQ | 150 | | 89 | |
| IBDRY | 151 | | 84 | |
| IDARQ | 152 | | 85 | see note C in Part VIII |
| LSI | 153 | | 86 | |
| LCRD | 154 | | 79 | |
| NFG | 155 | | 77 | |
| PCG | 156 | | 70 | |
| PNC | 157 | | 87 | |
| PX | 158 | | 65 | |
| PDE | 159 | | 76 | |
| CTL; Q | 160 | | 72 | |
| HAWK | 161 | | 179 | |
| SRE | 162 | | 62 | |
| TRXBQ | 163 | | 88 | |
| USU | 164 | | 78 | |
| VZ | 165 | | 68 | |
| VOD | 166 | | 162 | |
| WR | 167 | | 80 | |
| MCI | 168 | | 75 | |
| MQIFX | 169 | | 82 | see note G in Part VIII |
| MDISX | 170 | | 81 | |
| Header American Mutual Funds | 171 | | HEADER | see note A in Part VIII |
| TWCGX | 172 | | 7 | |
| TWCUX | 173 | | 8 | |
| TWBIX | 174 | | 6 | |
| KAUFX | 175 | | 10 | |
| Header Vanguard | 176 | | HEADER | see note A in Part VIII |
| VBINX | 177 | | x | see note B in Part VIII |
| VMSXX | 178 | | 153 | |
| OMEX | 179 | | 152 | |
| VMMXX | 180 | | 3 | |
| VWNDX | 181 | | 60 | |
| HRTVX | 182 | | 9 | |

| | | | | |
|---|---|---|---|---|
| BK | 183 | | X | see note B in Part VIII |
| Header General Mills 401(k) | 184 | | HEADER | see note A in Part VIII |
| GIS | 185 | | 5 | |
| FFIV | 186 | | 53 | |
| MUTUAL FUNDS | 187 | | 2 | |
| Aware Board Non-Qualified BCBS | 188 | | 42 | |
| Royalty Interest; Yazoo | 189 | | 32 | |
| Royalty Interest; Marshall | 190 | | 33 | |
| Royalty Interest;Noble | 191 | | 34 | |
| Royalty Interest; Pottowatomie | 192 | | 35 | |
| Royalty Interest; Payne | 193 | | 36 | |
| Royalty Interest; Oklahoma | 194 | | 37 | |
| Royalty Interest; Caddo | 195 | | 38 | |
| Royalty Interest; Barton | 196 | | 40 | |
| US Savings Bond | 197 | | 11 | |
| MQIFX | 198 | | 28 | |
| MDISX | 199 | | 29 | |
| VIGRX | 200 | | 49 | |
| Header Wells Fargo UTMA | 201 | | HEADER | see note A in Part VIII |
| SSTBX | 202 | | X | see note B in Part VIII |
| T | 203 | | 69 | |
| CMCSA | 204 | | 64 | |
| CASH | 205 | | x | see note B in Part VIII |
| FDRXX | 206 | | 151 | |